UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MARY PETSCH,

                      Plaintiff,

                                                     ORDER
     v.                                                11-CV-925A

MICHAEL J. ASTRUE, Commissioner of
 Social Security,

                      Defendant.

_____

      The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On July 19, 2012, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion for judgment on the pleadings should be granted and plaintiff's motion for judgment on the pleadings should be denied.

      The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

      ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion for judgment on the pleadings is granted and plaintiff's motion for judgment on the pleadings should be denied.

      The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

_s/ Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: August 13, 2012